UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| SUN LIFE ASSURANCE COMPANY OF CANADA (U.S.), <br><br> Plaintiff, <br><br> v. <br><br> DALE W. RITTER, M.D., an individual; ESTATE OF WINNIE M. RITTER; LEADING THE WAY; and DOES 1 through 10, <br><br> Defendants. | CASE NO.  10CV03033-KJM-DAD <br><br> **ORDER GRANTING DISCHARGE, DISMISSAL AND LIQUIDATION OF ANNUITY CONTRACT** |

   Plaintiff Sun Life Assurance Company of Canada (U.S.) ("Sun Life"), and Defendants Dale W. Ritter, M.D. ("Ritter"), Estate of Winnie M. Ritter ("Estate"), and Leading the Way with Dr. Michael Youssef, Inc. ("Leading the Way") (erroneously sued as Leading the Way) having stipulated and good cause appearing thereof, IT IS HEREBY ORDERED that:

1.    Sun Life shall be discharged from any liability to Defendants to the full extent permitted by law with respect to Variable Annuity Contract No. 0200900834-01 ("the Annuity Contract") issued by Keyport Life Insurance Company.

2.    Defendants shall be restrained from taking, or proceeding with or commencing any action against Sun Life or its present, former, and future officers, directors, shareholders, employers, employees, parents, subsidiaries, affiliates, reinsurers, insurers, administrators, agents, predecessors, successors, attorneys and assigns, for or on account of any transaction, matter, happening or thing in any way arising out of or relating to the rights and obligations of the parties with respect to the Annuity Contract, and/or with respect to the liquidation and/or proceeds from the Annuity Contract.

3.    Sun Life shall be paid the sum of $2,700 as reasonable attorney's fees and costs incurred in bringing its Complaint in Interpleader, to be paid out of the proceeds of the Annuity Contract.

4.    Sun Life shall liquidate the Annuity Contract in the following manner: Sun Life shall liquidate the Annuity Contract, retaining the amount of $2,700 as reasonable attorney's fees and costs, within 14 days of the entry of the Court's Order approving the parties' stipulation.  After the retention of $2,700 for attorney's fees and costs, the remaining liquidated funds of the Annuity Contract shall be distributed as follows:  60% to Ritter and 40% to Leading the Way.

5.    The Estate renounces any claim it may have had to the proceeds of the Annuity Contract.

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4826-7046-7336 v1                - 2 -                CASE NO. 10CV03033-KJM-DAD
ORDER RE DISCHARGE, DISMISSAL AND
LIQUIDATION

6.     This action shall be dismissed in its entirety with prejudice as to all parties.

IT IS SO ORDERED.

DATED:   April 19, 2011.

UNITED STATES DISTRICT JUDGE

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4826-7046-7336 v1

- 3 -

CASE NO. 10CV03033-KJM-DAD
ORDER RE DISCHARGE, DISMISSAL AND
LIQUIDATION